WAGNER

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| **Plaintiff,** | ) | CR. No. _23-20130 JPM_ |
| | ) | |
| **v.** | ) | |
| | ) | 18 U.S.C. § 922(g)(1) |
| **CHRISTOPHER HAWKINS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## I N D I C T M E N T

**THE GRAND JURY CHARGES:**

### COUNT 1

On or about July 21, 2021, in the Western District of Tennessee, the defendant,

### CHRISTOPHER HAWKINS

knowing he had previously been convicted of a crime punishable by imprisonment for a

term exceeding one year, knowingly possessed a firearm, that is, a Ruger 9mm caliber

pistol, and the firearm was in and affecting interstate commerce, in violation of Title 18,

United States Code, Section 922(g)(1).

## COUNT 2

On or about July 21, 2021, in the Western District of Tennessee, the defendant,

**CHRISTOPHER HAWKINS**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a Glock 9mm caliber pistol, and the firearm was in and affecting interstate commerce, in violation of Title 18, United States Code, Section 922(g)(1).

**TRUE BILL:**

_____
**F O R E P E R S O N**

**DATED:** _____

_____
**KEVIN G. RITZ**
**UNITED STATES ATTORNEY**