# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE

---

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **)** |
| | **)** |
| **Plaintiff,** | **)** |
| | **)** |
| **vs.** | **)**   **Cr. No.  23-CR-20130-JPM** |
| | **)** |
| **CHRISTOPHER HAWKINS,** | **)** |
| | **)** |
| **Defendant.** | **)** |

## APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

The United States Attorney's Office applies to the Court for a Writ to have Christopher Hawkins, RNI#: 411919, now being detained in the Shelby County Correctional Center, appear before Honorable Tu M. Pham, July 20, 2023, at 2:00pm for Initial Appearance and for such other appearances as this Court may direct.

Respectfully submitted this 5th day of July, 2023.

> **s/ Gregory A. Wagner**
> **Gregory A. Wagner**
> **Assistant U. S. Attorney**

---

Upon consideration of the foregoing Application, TYREECE MILLER, U.S. MARSHAL, WESTERN DISTRICT OF TENNESSEE, MEMPHIS, TENNESSEE;  DIRECTOR ANTHONY ALEXANDER, SHELBY COUNTY CORRECTIONAL CENTER, MEMPHIS, TENNESSEE.

**YOU ARE HEREBY COMMANDED** to have Christopher Hawkins, RNI#: 411919, appear before the Honorable Tu M. Pham at the date and time aforementioned.

ENTERED this 5th day of July, 2023.

> **s/Annie T. Christoff**
> **HONORARABL ANNIE T. CHRISTOFF**
> **UNITED STATES MAGISTRATE JUDGE**

"If for some reason this inmate is no longer in your custody and/or has been transferred to another facility please advise the requesting Assistant United States Attorney."