# UNITED STATES DISTRICT COURT

for the

Western District of Tennessee

*ORIGINAL*

| | |
|---|---|
| United States of America )<br>v. )<br> )<br>CHRISTOPHER HAWKINS )<br>*Defendant* ) | Case No. **23-20130 JPM** |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **CHRISTOPHER HAWKINS** ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint

☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(g) - Felon in possession of a firearm

Date: 06/29/2023

_____
*Issuing officer's signature*

City and state: MEMPHIS, TENNESSEE

WENDY R. OLIVER, U.S. DISTRICT COURT
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 6/29/23 , and the person was arrested on *(date)* 20 July 23 at *(city and state)* Memphis TN . |
| Date: 20 July 23        _____<br>*Arresting officer's signature*<br><br>             Joshua Parker DUSM<br>*Printed name and title* |