IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                   Cr. No. 23-20130-JPM

CHRISTOPHER HAWKINS,

      Defendant.

---

NOTICE OF ENTRY OF APPEARANCE

---

Please take notice that the below signed counsel, herein enters her appearance as counsel of record on behalf of the above styled defendant in this cause. **Please remove the FPD's name from the distribution list**.

This 21st day of July, 2023.

> s/ MARY C. JERMANN-ROBINSON
> Assistant Federal Defender
> 200 Jefferson Avenue, Suite 200
> Memphis, TN 38103
> (901) 544-3895

CERTIFICATE OF SERVICE

This is to certify that a true copy of the foregoing Notice of Appearance has been forwarded by electronic means via the Court's electronic filing system to Mr. Greg Wagner, Assistant U.S. Attorney, 167 N. Main, Suite 800, Memphis, TN 38103, this 21st day of July, 2023.

> s/ MARY C. JERMANN-ROBINSON
> Assistant Federal Defender