**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**Western Division**

**UNITED STATES OF AMERICA**

**-vs-**

**Case No.  2:23-cr-20130-JPM**

**CHRISTOPHER HAWKINS,**

## ORDER APPOINTING COUNSEL PURSUANT TO
## THE CRIMINAL JUSTICE ACT

This Court has determined that the above-named defendant is financially unable to obtain adequate representation in the above-styled case and is otherwise qualified for appointment of counsel. Accordingly, the Court makes the following appointment pursuant to the Criminal Justice Act (18 U.S.C. ' 3006A):

### APPOINTMENT OF COUNSEL

• The Federal Public Defender is appointed as counsel for the Defendant.

### TYPE OF APPOINTMENT

• All purposes including trial and appeal.

**DONE** and **ORDERED** in 167 North Main, Memphis, this 20th day of July 2023.

s/ Tu M. Pham
TU M. PHAM
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States Attorney
United States Marshal
Pretrial Services Office
Assistant Federal Public Defender
Intake