IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

UNITED STATES OF AMERICA
    Plaintiff,

v.                  Cr. No. 2:23-20130-JPM

CHRISTOPHER HAWKINS,

    Defendant.

---

## SCHEDULING ORDER

---

  An **Initial Report/Scheduling Conference** was held on August 3, 2023. The following deadlines and schedules were established:

(1) Pursuant to the Due Process Protections Act, the court has advised counsel and confirms the disclosure obligation of the prosecutor under Brady v. Maryland, 373 U.S. 83 (1963) and its progeny.[1]

(2) **Discovery** pursuant to Rule 16[2] shall be made available by the Government to the Defendant by August 9, 2023. It is the obligation of the Defendant to promptly review the discovery.

(3) Any **Pretrial Motions**, including any motions to suppress, shall be filed by the close of business on September 18, 2023 and a response shall be filed within fourteen (14) days thereafter.

---

[1]In Brady, the Supreme Court ruled that the suppression by the prosecution of evidence favorable to the accused, upon request for disclosure by the accused, violates due process when the evidence is material to the guilt or punishment of the accused, irrespective of the good faith or bad faith of the prosecution. Pursuant to the United States v. Agurs, 427 U.S. 97 (1976) failure to disclose material and favorable evidence violates due process even when the defendant makes no request for the material. Failure to comply with the disclosure under Brady v. Maryland may result in sanctions up to and including dismissal of a criminal prosecution and up to and including sanctioning of counsel who fail to comply with the Brady requirement.

[2]Discovery and inspection of evidence shall be in accordance with Rule 16 of the Federal Rules of Criminal Procedure. Defendant must promptly request discovery. To expedite the case, the Government should anticipate a discovery request and be prepared to respond by no later than the initial report date/date of scheduling conference.

(4) A **Final Report/Status Conference** is set for Friday, September 29, 2023 at 11:00 AM in a courtroom to be determined. The defendant will inform the court whether he will proceed to trial or change his plea.

(5) Any **Plea Agreement** shall be signed and submitted to the Court by noon on September 27, 2023 and the Court's Case Manager notified. A change of plea hearing will be set by notice or the change of plea will proceed on the final report date.

(5) The **Trial** is set for Monday, October 30, 2023 in a courtroom to be determined. and is estimated to take approximately 2-3 days.

(6) **Excluded Time**. The period from August 3, 2023 through November 3, 2023 is excluded under 18 U.S.C. § 3161(h)(7)(B)(iv) in order to allow additional time to prepare for trial or under the following specified provision: defense preparation.

**SO ORDERED** this 3rd day of August, 2023.

s/Annie T. Christoff
U. S. Magistrate Judge