

U.S. Department of Justice
*United States Attorney*
*Western District of Tennessee*

| | |
|---|---|
| *800 Federal Building* | *Telephone 901.544.4231* |
| *167 North Main Street* | *Fax 901.544.4230* |
| *Memphis, Tennessee 38103* | *TTY 901.544.3054* |

August 9, 2023

Mary Catherine Jermann-Robinson
FEDERAL PUBLIC DEFENDER-Memphis
200 Jefferson Avenue, Suite 200
Memphis, TN 38103
mary_jermann@fd.org

> **RE:     United States v. Christopher Hawkins; 2:23-cr-20130-JPM**

Dear Ms. Jermann-Robinson,

I am in receipt of your discovery requests that were dated and filed on July 26, 2023.   Pursuant to the Federal Rules of Criminal Procedure, the Government has provided discovery in the above-referenced case. Please be advised as follows:

1.  As to Rule 16 of the Federal Rules of Criminal Procedure, discovery has been or will be provided to you by email, uploading to the USAfx File Exchange Cloud (the "Cloud"), and/or provided to you on a USB flash drive or external hard drive.

    a.  The following has been provided to you via upload to the USAfx File Exchange Cloud: (**Please note that you must download (not just view, but download) these items before they are automatically deleted within 30 days from the date of this letter.**):

        i.  I have provided a copy of the discovery consisting of Bates numbered documents: **US v. CHRISTOPHER HAWKINS 001-150**, including, if available, but not limited to, incident reports, victim and/or witness statements, evidence reports, client's criminal history, defendant statement, and photographs.   I have redacted witness names and personal information from the documentary discovery.   If you feel that you need me to provide additional witness information, please let me know.
        ii.  911 calls;
        iii.  BWC; and
        iv.  ICV.

2.  As to Rule 16(a)(1)(D), a copy of your client's criminal history is enclosed. Should this matter proceed to trial and your client testify, the Government will seek to introduce your client's prior convictions as impeachment evidence. If your client disputes any of the dates of conviction, conviction offenses, dates of release, sentences, or sentencing agencies as described on the criminal history, please contact me as soon as possible. In addition, should this matter proceed to trial and your client testify, the Government will seek to introduce as impeachment evidence any felony convictions that are more than ten years old, pursuant to Rule 609(b) of the Federal Rules of Evidence.

3.  As to Rule 16(a)(1)(E) and 12(d)(2), physical evidence includes, but is not limited to evidence listed in evidence reports included in discovery:

- 300.1 TGW Marijuana (in Homer Ziploc bag)
- 3.0 TGW Cocaine
- Black scale
- $399.00 in cash
- Evidence log
- Currency verification sheet
- Ruger 9mm caliber pistol
- Approx. 7 rounds
- Glock 9mm caliber pistol
- Approx. 9 rounds
- 2 - 9mm caliber shell casings (test fires)
- 2 - 9mm caliber shell casings (test fires)
- Any other items listed in the agency evidence reports.

You may arrange to inspect the originals and/or make arrangements to copy these items by contacting me at (901) 544-4231.

4. The United States is cognizant of its obligation under Brady v. Maryland.

5. The United States requests any and all reciprocal discovery and notice to which it is entitled pursuant to Rule 16 and the local rules.

6. As to Rule 16(a)(1)(G), Mr. James E. McCarthy, Special Agent, Memphis III Field Office, ATF, or another person with similar experience, will serve as an expert witness on behalf of the United States. The Nexus Report prepared by Special Agent McCarthy is included and his curriculum vitae is available upon request. Please be advised the United States plans to introduce, at the very least, all of the evidence referenced and contained in discovery.

7. Sgt. Zachery Gatlin of the Memphis Police Department, Project Safe Neighborhood (PSN) Unit, will serve as an expert witness on behalf of the United States as it relates to the chemical processing of the Anderson Manufacturing pistol, Smith & Wesson pistol, and Pioneer Arms pistol seized in this case. His reports are included in the discovery documents and his curriculum vitae is available upon request.

8. Pursuant to Rule 12.1(a), the United States requests the written disclosure before trial of any intention of your client to establish an alibi defense, including the specific place or places at which he or she claims to have been at the time of the alleged offenses, and the names, addresses, and phone numbers of the witnesses upon whom he intends to rely to establish such alibi. The offense(s) charged in this case occurred at the following time(s), date(s), and place(s):

- On or around July 21, 2021, at approximately 6:15 p.m. near the 3600 block of Briarpark Drive, Memphis, TN 38116.

9. As any additional items are obtained by the United States that come within the scope of these obligations, these items will be promptly provided to you.

10. Please confer with me by email, or please contact me to schedule a discovery conference to discuss the topics outlined in Local Rule 16(a).

If you have any questions or would like to discuss this matter further, please feel free to contact me. Please let me know if you have any problems with accessing the discovery as soon as possible so I can quickly address any issues.

Sincerely,

KEVIN G. RITZ
UNITED STATES ATTORNEY

By:    /s/ *Greg Wagner*
Greg Wagner
Assistant United States Attorney


cc:      Wendy Oliver, Clerk, United States District Court