**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CR. No.  23-CR-20130-JPM** |
| | ) | |
| **CHRISTOPHER HAWKINS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

---

## MOTION TO DISMISS INDICTMENT

---

      **COMES NOW,** the United States, by and through Kevin G. Ritz, United States Attorney and Greg Wagner, Assistant United States Attorney for the Western District of Tennessee, and for good cause, moves this court to dismiss the indictment against Christopher Hawkins.

      WHEREFORE, the United States hereby moves this Court to dismiss the charges in indictment 2:23-cr-20130-JPM.

                     Respectfully Submitted,

                     KEVIN G. RITZ
                     United States Attorney

                     /s *Greg Wagner*_____
                     GREG WAGNER
                     Assistant United States Attorney

## CERTIFICATE OF SERVICE

I, Greg Wagner, Assistant United States Attorney, do hereby certify that a copy of the foregoing Motion of the United States has been forwarded via the Court's electronic filing system to the defendant, through his attorney.

/s *Greg Wagner* _____
Greg Wagner
Assistant United States Attorney