# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CR. No.  23-CR-20130-JPM |
| | ) | |
| CHRISTOPHER HAWKINS, | ) | |
| | ) | |
| Defendant. | ) | |

---

## ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS INDICTMENT

---

Upon motion of the United States and for good cause shown, the Motion to dismiss indictment is hereby **GRANTED**. The Indictment is **DISMISSED** without prejudice.

It is SO ORDERED this 25th day of September, 2023.

*s/Jon P. McCalla*
HONORABLE JON P. MCCALLA
UNITED STATES DISTRICT JUDGE